# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **SPARTAK ARZUMANIAN** | § | |
| **# A 249 378 674** | § | |
| | § | |
| **V.** | § | **W-25-CV-245-ADA** |
| | § | |
| **WARDEN, LIMESTONE COUNTY** | § | |
| **DETENTION CENTER; KRISTI NOEM,** | § | |
| **SECRETARY, U.S. DEPARTMENT OF** | § | |
| **HOMELAND SECURITY** | § | |

## ORDER

Before the court is Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is proceeding pro se and has paid the filing fee.

In his Petition, Arzumanian challenges the conditions of his detention, the length of his detention without a final removal order, and the denial of his release on parole/bond. Arzumanian is currently confined in the Limestone County Detention Center in Groesbeck, Texas. After consideration of Arzumanian's Petition, Respondents Warden, Limestone County Detention Center, and Kristi Noem are ordered to file a responsive pleading.

It is therefore **ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas with copies of the Petition for Writ of Habeas Corpus (#1), memorandum in support and exhibits (#1-2), and this Order, by certified mail, return receipt requested. Such delivery by certified mail return receipt requested will constitute sufficient service of process.

It is further **ORDERED** that the Clerk of Court shall serve Respondent Warden, Limestone County Detention Center with copies of the Petition for Writ of Habeas Corpus (#1), memorandum in support and exhibits (#1-2), and this Order, by certified mail, return receipt requested. Such delivery by certified mail return receipt requested will constitute sufficient service of process.

It is further **ORDERED** that Respondents shall file an answer or other response to the Petition for Writ of Habeas Corpus within thirty (30) days from the date of service.

It is finally **ORDERED** that Arzumanian shall file a response to any motion filed by Respondents within thirty (30) days from the date such motion is filed.

**SIGNED** on June 24, 2025

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE